UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER HAAG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:14-CV-1998 |
| | ) JUDGE CRENSHAW |
| SELECTIVE INSURANCE | ) |
| COMPANY OF SOUTH | ) |
| CAROLINA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Court has been advised by the Magistrate Judge and the parties that all matters and things in controversy in this action have been compromised and settled.

Accordingly, the parties shall file an Agreed Order of Dismissal by July 7, 2016. The pretrial conference set for June 27, 2016 and the trial set for July 19, 2016 are hereby CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE