IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JENNIFER HAAG,** | ) |
| | ) Case No.3:14-cv-01998 |
| **Plaintiff,** | ) |
| | ) JUDGE CRENSHAW |
| **v.** | ) |
| | ) MAGISTRATE JUDGE |
| **SELECTIVE INSURANCE COMPANY** | ) BROWN |
| **OF SOUTH CAROLINA,** | ) |
| | ) JURY DEMAND |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The above captioned case has been resolved and should be dismissed with prejudice.

Based upon the foregoing, and there being good cause, it is hereby **ORDERED** that the case is dismissed with prejudice as to all claims that were made or could have been made herein by the parties. The plaintiff is responsible for any and all subrogation claims and liens and each party shall bear their own discretionary costs.

Entered this ____ day of July, 2016.

_____
Waverly D. Crenshaw, Jr.
United States District Court Judge

**Approved for Entry:**

**SPICER RUDSTROM, PLLC**

/s/ Michael J. Vetter, Sr.
Michael J. Vetter, Sr. (BPR 013642)
Bank of America Plaza
414 Union Street
Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080

Counsel for Selective Insurance Company of America and Selective Insurance Company of South Carolina

## CERTIFICATE OF SERVICE

I hereby certify that the above captioned document was electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to those persons requesting notice, including the following:

Sonya S. Wright
Farrar & Wright, PLLC
122 North Church Street
Murfreesboro, TN 37130
(615) 800-4747, telephone
(615) 900-3473, facsimile
sonya@farrarwright.com

Thomas W. Thompson
4725 North Lois Avenue
Tampa, FL 33614-7046
(813) 254-1800, telephone
(813) 254-1844, facsimile
rbeard@smithkling.com

this 7th day of July, 2016.

/s/ Michael J. Vetter, Sr.