IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER HAAG, | ) |
| | ) Case No.3:14-cv-01998 |
| Plaintiff, | ) |
| | ) JUDGE CRENSHAW |
| v. | ) |
| | ) MAGISTRATE JUDGE |
| SELECTIVE INSURANCE COMPANY | ) BROWN |
| OF SOUTH CAROLINA, | ) |
| | ) JURY DEMAND |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The above captioned case has been resolved and should be dismissed with prejudice.

Based upon the foregoing, and there being good cause, it is hereby **ORDERED** that the case is dismissed with prejudice as to all claims that were made or could have been made herein by the parties. The plaintiff is responsible for any and all subrogation claims and liens and each party shall bear their own discretionary costs.

_____
Waverly D. Crenshaw, Jr.
United States District Court Judge